**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7967**

DEXTER ALPHONSO KESS,

             Petitioner - Appellant,

     v.

STATE COMMISSIONER, # 2116; MR. BURNS,

             Respondents - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Chief District Judge. (8:13-cv-03363-DKC)

Submitted: April 24, 2014        Decided: April 28, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dexter Alphonso Kess, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dexter Alphonso Kess appeals from the district court's order dismissing his complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Kess v. State Comm'r, #2116, No. 8:13-cv—3363-DKC (D. Md. Nov. 20, 2013). We deny Kess' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED